NEW-YORK,<br>May, 1823.

SCHUYLER<br>v.<br>WARNER.

---

## SCHUYLER *against* WARNER.

ON *certiorari* to a Justice's Court. It was moved that the Justice amend his return, and answer whether *B. & W.* or either of them, did or did not, on the trial of the cause in the Court below, before him, testify that one *Veeder*, on being asked what the horse, in question there, was worth, replied, " he had nothing to do with it, it was the business of *W*," or in words to that effect ; and whether, at the time he rendered judgment in said cause, he did, or did not, include any of the defendant's costs, in the judgment so rendered.

This application was opposed upon the *Justice's* affidavit, which went to show, that there was nothing in his minutes, nor had he any recollection or belief, as to the particulars stated in the plaintiff's affidavit, in which he was called upon to amend his return of the testimony given by those witnesses ; so that he could not amend his return as required in this respect ; and that, in relation to the costs, the plaintiff had *inveigled* him into a statement, that some of the defendant's costs were included in the judgment.

*Curia.* The statute, (*Sess.* 36, *ch.* 53, *s.* 20, 1 *R. L.* 397,) requires the Justice to make a special return, as to all the facts stated in the affidavit, on which the *certiorari* was procured ; and he ought, at least, to return, that the evi-

A Justice must return to a *certiorari* as to all the facts stated in the affidavit upon which it is founded, that they are true or untrue, according to the best of his recollection and belief. And he will not be excused on his affidavit, that he has no minutes and remembers nothing, by which he can so return.

NEW-YORK,
May, 1823.

dence stated in this affidavit, was or was not given, *accor-ding to the best of his recollection and belief.* He should also return, whether any of the defendant's costs were included in the judgment.

Motion granted.